135

(No. 74-CC-671—)

STONE EXTERMINATING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed October 4, 1974.*

MILTON N. SHAFFNER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-733—)

RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 4, 1974.*

RAVENSWOOD HOSPITAL MEDICAL CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.